No. 71–7.  WATSON *v.* CALIFORNIA, *ante*, p. 850;

No. 71–19.  INTERCONTINENTAL PROMOTIONS, INC. *v.* MIAMI BEACH FIRST NATIONAL BANK ET AL., *ante*, p. 850;

No. 71–47.  WORTH *v.* UNITED STATES, *ante*, p. 852;

No. 71–54.  MOORE BUSINESS FORMS, INC. *v.* UARCO, INC., *ante*, p. 873;

No. 71–63.  JURAS *v.* MEYERS ET AL., *ante*, p. 803;

No. 71–118.  MASSILLON-CLEVELAND-AKRON SIGN CO. *v.* GOLDEN STATE ADVERTISING CO., INC., ET AL., *ante*, p. 873;

No. 71–134.  GIBSON *v.* MISSOURI PACIFIC RAILROAD CO., *ante*, p. 855;

No. 71–149.  ALLEN *v.* BANKERS TRUST CO. ET AL., *ante*, p. 856;

No. 71–175.  FERNANDEZ *v.* PARKER, WARDEN, *ante*, p. 863;

No. 71–192.  JOHNSON *v.* OIL TRANSPORT CO., INC., ET AL., *ante*, p. 868;

No. 71–5019.  TYMCIO *v.* OHIO, *ante*, p. 868;

No. 71–5022.  GRAMES *v.* MICHIGAN, *ante*, p. 860;

No. 71–5042.  STODDARD *v.* STODDARD, *ante*, p. 860;

No. 71–5057.  BENOIT *v.* UNITED STATES, *ante*, p. 861;

No. 71–5060.  JOHNSON *v.* UNITED STATES, *ante*, p. 861;

No. 71–5080.  HURD *v.* DIMENTO & SULLIVAN, *ante*, p. 862;

No. 71–5107.  WELCH *v.* CARDWELL, WARDEN, *ante*, p. 884; and

No. 71–5111.  LOTT *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT, *ante*, p. 884.  Petitions for rehearing denied.

No. 71–20.  ALO *v.* UNITED STATES, *ante*, p. 850.  Motion for disclosure and petition for rehearing denied.